FILED
HARRISBURG, PA

JAN 22 2026

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Quashon Blake

:
:
:
_____    :    CIVIL CASE NO: 1:26-CV-00143
:    (to be supplied by Clerk
:    of the District Court)
_____    :
(Enter above the full name of    :
plaintiff in this action)    :
:
v.    :
:
Allied Universal Security Services    :
WGAL, NewsBreak, WITF, WPMT,    :
WHTM-TV (ABC 27), WHP-TV    :
(CBS 21), WRIC-TV, WMBB,    :
WJET TV, WTNH    :
(Enter above the full name of    :
the defendant(s) in this action)    :
:
:

COMPLAINT

1. The plaintiff Quashon Blake a citizen of
the County of Dauphin State of
Pennsylvania, residing at 15 South 2nd St Apt 309 Lykens PA 17048
wishes to file a complaint under Title of Civil Rights, Discrimination +
hate speech laws, intentional discr(give Title No. etc.) deceptive pratice + unfair acts
for propaganda + discrimination imination, purposes, severe reputational damages
discrimination, harassment intentional infliction of emotional distress

2. The defendant is Allied Universal Security Service, WGAL,
NewsBreak, WITF, WPMT, WHTM-TV (ABC 27), WHP-TV (CBS 21),
WRIC-TV, WRIC-TV, WMBB, WJET TV, WTNH

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) The State of Pennsylvania
are allowing the following defendants

3. (CONTINUED) is knowing misusing there communication system or over the air broadcaster & or Public announcement system for propaganda purposes & or subliminal messages for illegal purposes & are doing this intentional deliberately with malice intent through deceptive pratices & or Unfair acts & this is considered Unconstitutional & a Unlawful act. Read more attached in extra sheets.

4. WHEREFORE, plaintiff prays that a judgement is meet for intentional discrimination, deceptive practes for discrimination knowing using subliminal messaging to broadcast false statements of facts that harm my reputation they know the information is false & still act with reckless disregard for the truth. With that said this civil matter is in regards to the media outlet continus to misuse there communication system for intentional propaganda & subliminal messaging in the form of discrimination & harassment intentionally & deliberate doing it with malic intent. Read more Attached extra sheet.

Quashon Blake
(Signature of Plaintiff)

Quashon Blake
(Printed Name of Plaintiff)

_____
_____
_____
(Address of Plaintiff)

717 547 4746
(Phone Number of Plaintiff)

A news organization can face serious legal consequences for intentional discrim'n, harassment, and broadcasting false, malicious information, when a news or radio or communication intentionally + maliciously broadcasts false information thats intended purpose is to harm the individual is illegal. The use of any form of communication (subliminal messaging or otherwise) to facilitate illegal acts of discrimination is against the law. A subliminal message is a stimulus embedden in media that is presented above the threshold of conscious perception aiming to influence a person's attitudes, beliefes, or behaviors with out their knowledge. False propaganda for discrimination purposes often employs various techniques through communication + media channels, By stereo typing by depicting specific phrases in a limited, demeaning, or harmful roles to reinforce prejudice, Fabricating Content ~~re-support~~ entirely false audio content to support a discriminatory narrative. Using selective information based off biased commentary that distorts reality

to paint a negative picture of a person im being targeted. They are using hate speech using pejorative or discriminatory lanuage that attacks or incites hostility against the person. The state is aware of the complaint & are responding with defendant involved & are informing them so there trying to contradict this civil matter which involves the misuse of there communication system & are trying to cohearse anyway out making the ~~____~~ defendant appear anonymity & astroturfing meaning masking the true sponsors of the messages being intentionally & deliberately & malicely said appearing as though it comes from grassroots participants making it seem like its unearned credibility. Discrimination & hate speech Laws are illegal under laws like Title 2 of the civil Rights Act, using any method, including subliminal messages, to facilitate illegal acts of duscrimination is a serious offense that could lead to significant civil penalties & lawsuts. The FTC view any

Page 3

media that is deceptive or ▮ Unfair as illegal. Using subliminal messaging for propaganda & discrimination purposes is widely considered a serious ethical breach. While there might not be a single (subliminal criminal statute, such actions would likely be prosecuted under existing laws related to deceptive practices, civil rights violations, or other relevant statutes, potentially resulting in regulatory actions by involving agencies like PHRC, FCC, or FTC, significant civil lawsuits for damages caused by discriminatory or manipulative practies. Severe reputational damage for using such techniques ▮ ▮ through communications. You have a legal recourse against a news station or communications or radio station for intentional discrimination, harassment, or propaganda if its done deliberltly ▮ & intentionally with malice intent through a lawsuit for deceptive or intentional discrimination or intentional infliction of emotional distress or by filling a complaint with the proper agency if the station is an over-the-air broadcaster. Propaganda is illegal if it violates other laws

like intentional discrimination even if its subliminal messaging or the FCC's news distortion policy. The First Amendment protects under Freedom of speech but if it's actual malicely done and is intended to harm robust debate than its illegal. The discrimination is that the station or communication is knowing using subliminal messaging to broadcast false statements of facts that harms my reputation they know the information is false & still act with reckless disregard for the truth. With that said this civil matter in regards to the media outlet using communication for intentional propaganda & subliminal messaging in the form of discrimination & harassment intentionally & deliberately doing this with malice intent this form of discrimination is to try to isolate me & my reputation & endanger my well being through subliminal messaging with their lies & deceptions & they continue to do it intentionally trying to stop my progression in life like this is their obligation like this is their job but in actin

reality there breaking the law +
doing something illegal they're
disgusting + are pitiful I'm not
even in the system I know all
about your corrupt system +
your unlawful tactics + It's against
the law what's occurring period
+ I've provided you with the
evidence to support this matter
with me being targeted.
+ my civil rights being violated.
I never corresponded with none
of the defendants involved
so how is it that there trying
to contradict this claim by
appearing to be a anonymity +
astroturfing + the State is aware
+ are informing the defendants
of civil matter they are using
deceptive + unfair proceedure
+ committing an illegal act + It's
unconstitional + unlawful



evenrealities.com

Quietly Extraord
inary

Statement of Claim or facts to support claim in reference to the media outlet or communication or there Public Announcement System for propaganda purpose by using subliminal messaging through an over the air broadcaster intentionally + malicely with deliberate intent the state is aware of this illegal act of intentional discrimination, + harassment + deceptive pratice there doing this like its there obligation, calling me a Sex offender, slandering my name saying Quashon is a sex offender Quashon is a Rapists Quashon is a pedofill, basically using hate speech this is being done every single day through there communication system through subliminal messages basically having negative conversation throuh an over the air broadcaster + aware that the information is false but continue act with no regards for the truth. they are misinforming People + using deceptive practice im not on Parole or Probation or any supervision nor have i ever been a sex offender. or anything else there depicting me as there trying to isolate me. + interefere with any progression in life

and im filing a civil complaint in reference to intentional discriminate deceptive pratces, defamention of sharchter, intentional infliction of emothional distress, pain + suffering harassment, + knowing misusing communication for prepaganda purposes in the amount of 1. 5million dollars there continuing to misuse this system intentional + deliberately with malice intent + misinform the public + isolate me this is a serious offense that the state is committing + it is endangering to my well being im literally being harassed by the state + there doing it like its there duty to keep misinforming people with there lies + deceptive pratces im literally being targeted by this corrupt state ive informed the FCC IC3 + CIA and they keep mentioning its being investigated but arent ~~so~~ giving me any information



**Retail**



U.S. POSTAGE PAID
FCM LG ENV
LYKENS, PA 17048
JAN 14, 2026

17102          **$1.50**

RDC 99          R2305K140981-91

FROM:

Quoshon Blake
15 South 2nd St
Apt 309
Lykens PA 17048

RECEIVED
HARRISBURG, PA
JAN 22 2026
PER _____
DEPUTY CLERK

TO:

U.S. District Court
Middle District of Pennsylvania
Sylva H Rambo US Courthouse
1501 North 6th St Suite 101
Harrisburg PA 17102

**Expandable Photo Document Mailer**
9 3/4" x 12 1/4"

ReadyPost.